**COLE, SCHOTZ, MEISEL,**  
**FORMAN & LEONARD, P.A.**  
A Professional Corporation  
900 Third Avenue, 16th floor  
New York, NY 10022-4728  
(212) 752-8000  
(212) 752-8393 Facsimile  
Laurence May, Esq. (LM-9714)  
Leo V. Leyva, Esq. (LL-9061)  
Greg A. Friedman, Esq. (GF-4506)  
Attorneys for Defendants, Bodden Funding Corp., Jay Irgang, Mark Irgang and Orli Irgang

Hearing Date: tbd

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 05-10987 (RDD) |
| MAYWOOD CAPITAL CORP., *et al.*, | (Jointly Administered) |
| | Case Nos. 04-17047, |
| Debtors. | 05-10944 to 05-10987 |
| ------------------------------------------------------x | 05-11521, 05-11523 and 05-1778 (RDD) |
| JOHN S. PEREIRA, as Chapter 11 Trustee of 77 EAST 125TH STREET REALTY LLC., | Adversary Proceeding No. 07-01521 (RDD) |
| Plaintiff, | |
| v. | |
| BRT REALTY TRUST, KENNEDY FUNDING, INC., BODDEN FUNDING CORP., JAY IRGANG, MARK IRGANG and ORLI IRGANG, | |
| Defendants. | |
| ------------------------------------------------------x | |

**NOTICE OF MOTION FOR ORDER DETERMINING ADVERSARY PROCEEDING TO BE NON-CORE AND WITHDRAWING THE REFERENCE**

PLEASE TAKE NOTICE that upon the memorandum of law in support of Motion Of Bodden Funding Corp., Jay Irgang, Mark Irgang and Orli Irgang for an Order Determining Certain Adversary Proceedings To Be Non-Core Proceedings And Withdrawing The Reference (the "Memorandum of Law"), the affidavit of Laurence May, Esq. sworn to on April 13, 2007

42232/0010-3105321v1

and the exhibits thereto, and upon all the pleadings and proceedings had heretofore herein, Defendants Bodden Funding Corp., Jay Irgang, Mark Irgang and Orli Irgang (the "Bodden Group") will move before the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 157(b)(3) and 28 U.S.C. § 157(d) for an order declaring this adversary proceeding and nine related adversary proceedings to be non-core proceedings and for withdrawal of the reference.

    PLEASE TAKE FURTHER NOTICE that the date, time and place of the hearing on the motion shall be determined by the United States District Judge to whom this matter is assigned, and said notice shall be provided to Plaintiff when the Court has scheduled the hearing.

DATED:    New York, New York
              April 13, 2007

                                      COLE, SCHOTZ, MEISEL,
                                      FORMAN & LEONARD, P.A.
                                      A Professional Corporation
                                      Attorneys for Defendants, Bodden Funding
                                      Corp., Jay Irgang, Mark Irgang and Orli Irgang

                       By:    */s/ Laurence May*
                              Laurence May, Esq. (LM-9714)
                              Leo V. Leyva, Esq. (LL-9061)
                              Greg A. Friedman, Esq. (GF-4506)
                              900 Third Avenue, 16th floor
                              New York, NY 10022-4728
                              (212) 752-8000